# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

KALI MARIE HEFT,

      Defendant-Appellant.

UNPUBLISHED
May 14, 2015

No. 320349
Cass Circuit Court
LC No. 13-010150-FH

Before: BECKERING, P.J., and MARKEY and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro